**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 24, 2023

Mr. Brian F. Walthart
McAngus, Goudelock & Courie
P.O. Box 198349
Nashville, TN 37219

    Re:  Case No. 22-5811, *Iva Joy, et al v. AmGuard Insurance Company*
           Originating Case No. 1:20-cv-01131

Dear Counsel,

  The appellant's unopposed motion for an extension of four days to file the reply brief has been GRANTED. The reply brief is now due **April 28, 2023**.

                            Sincerely yours,

                            s/Robin L Baker
                            Case Manager
                            Direct Dial No. 513-564-7014

cc:  Mr. Drayton D. Berkley
      Ms. Janet Strevel Hayes
      Mr. Michael Stewart Holder
      Mr. Robert Woodson Reid