## Sutton, Davis, Mathis

**22-5811   Iva Joy, et al. v. AmGuard Insurance Company**

| | | |
|---|---|---|
| Iva Joy, et al. | ret | Drayton D. Berkley *via Zoom* |
| | | *Arguing 1st – 10 Minutes* |
| **Plaintiffs – Appellees** | | |
| Anthony Lancaster, et al. | ret | Janet Strevel Hayes *via Zoom* |
| | | *Arguing 2nd – 5 Minutes* |
| **Third Party Defendants – Appellees** | | |
| V. | | |
| AmGuard Insurance Company | ret | Joshua A. Wolfe *via Zoom* |
| | | *3 Minutes Rebuttal* |
| **Defendant – Appellant** | | |

*Ryan Orme, Courtroom Deputy*

Defendant appeals the judgment for plaintiff and the denial of its post-judgment motion for judgment as a matter of law in this diversity action for breach of contract.   (15 Minutes for Appellant; 15 Minutes to be Shared by Appellees)